THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICKEY DIXON**                                                                                              **PLAINTIFF**

v.                                            **Case No. 4:21-cv-00320-KGB**

**R. MITCHELL**                                                                                              **DEFENDANT**

**ORDER**

    Plaintiff Rickey Dixon filed a *pro se* complaint on April 19, 2021 (Dkt. No. 2). On August 4, 2021, the Court directed Mr. Dixon to show cause, within 30 days from the entry of the Order, as to why this action should not be dismissed for lack of subject-matter jurisdiction. A copy of the Court's August 4, 2021, Order was mailed to Mr. Dixon at his address of record.

    As of the date of this Order, Mr. Dixon has not complied with the Court's Order of August 4, 2021, and the time for doing so has passed. Accordingly, this case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

    So ordered this 9th of January, 2023.

                                                                                                 *Kristine G. Baker*
                                                                             Kristine G. Baker
                                                                             United States District Judge